UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ADONAY ENCARNACION, ANDREA WONG, RACHEL STEPHENSON, and BRITTNEY ROBERTS, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>J.W. LEE, INC., D/B/A SCARLETT'S CABARET D/B/A SCARLETT'S OF HALLANDALE, FL; J.W. LEE PROPERTIES, LLC; YBOR OPERATIONS, L.C. D/B/A SCARLETT'S OF YBOR STRIP; BZLY, INC.; M.S.B. LAND HOLDINGS, INC.; SVC JOINT VENTURES LLC; BENORE VENTURES, INC.; SB PRODUCTIONS, INC.; J.B. MONROE, INC., BRANDON SAMUELS, individually, JOHN BLANKE, individually, WILLIAM BEASLEY,<br><br>    Defendants. | CIVIL ACTION NO. 14-61927<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF SERVICE AWARDS, AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs Adonay Encarnacion, Andrea Wong, Rachel Stephenson, and Brittney Roberts ("Plaintiffs") respectfully request a two (2) day enlargement of time, up to and including, Monday October 12, 2015, to file their Motions for Final Approval of the Class Action Settlement, and Approval of Service Awards, and Motion Approval of Attorneys' Fees and Reimbursement of Expenses, and in support thereof state as follows:

1. On August 22, 2014, Plaintiff Encarnacion filed this cause of action against Defendants claiming violations under the Fair Labor Standards Act ("FLSA"). [D.E. 1.]. Plaintiff is an exotic dancer who worked for Defendants without receiving any direct compensation from Defendants. D.E. 1. Plaintiff claims she was misclassified as an independent contractor. [D.E. 1.]. Subsequently, on December 4, 2014, Plaintiff filed her First Amended Complaint adding Florida Constitution Claims. [D.E. 12.].

2. In lieu of proceeding to litigate and incurring the attendant expenses, the parties agreed to participate in an early mediation in a good faith attempt to resolve Plaintiffs' claims.

3. On December 31, 2014, this Court granted the parties' extension of time for Defendants to respond to Plaintiffs' Complaint, in part to allow the parties time to mediate. [D.E.24]. A second extension was granted once mediation was scheduled. [D.E. 26].

4. Mediation took place on February 16, 2015, but was unsuccessful. Nevertheless, the parties continued to discuss resolution. A tentative settlement was reached on March 2, 2015.

5. On June 26, 2015, the Plaintiffs filed an Unopposed Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedure and Memorandum of Law in Support. [D.E. 64].

6. On June 30, 2015, the Court granted Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedure ("Order"). [D.E. 65].

7. The Court has scheduled a final fairness hearing for October 22, 2015. The Plaintiffs' current deadline to file their Motion for Final Approval of the Class Action Settlement,

Approval of Service Awards, and Approval of Attorneys' Fees and Reimbursement of Expenses is October 8, 2015.  D.E. 65.

8. This motion for enlargement of time is made in good faith and not filed for purposes of delay.  An enlargement of time through October 12, 2015, will not prejudice any party and the motions will still be filed well in advance of the final fairness hearing.  The enlargement is needed so that the parties may ensure that all of the named-Plaintiffs' attorneys will have an opportunity to review the final Motions before they are filed.

9. Pursuant to Local Rule 7.1(a)(3), Plaintiffs' counsel conferred with Defendants' counsel regarding the relief sought in this motion and is authorized to represent that Defendants have no objection to the relief sought in this motion.

## MEMORANDUM OF LAW

10. Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "shall control the subsequent course of the action unless modified by a subsequent order . . . [and] "shall not be modified except upon a showing of good cause." Fed.R.Civ.P. 16(b)(e).  Plaintiffs' Counsel requests an extension of time to file their Motion for Final Approval of the Class Action Settlement, Approval of Service Awards, and Approval of Attorneys' Fees and Reimbursement of Expenses.  The request will not delay the final fairness hearing currently set for October 22, 2015.

11. Thus, Plaintiffs maintain that good cause is shown to enlarge this deadline.

## CONCLUSION

For the above reasons, Plaintiffs respectfully request that they be permitted to file their Motion for Final Approval of the Class Action Settlement, Approval of Service Awards, and Approval of Attorneys' Fees and Reimbursement of Expenses by October 12, 2015.

Respectfully submitted this 8th day of October, 2015.

/s/  **ANDREW R. FRISCH**
ANDREW R. FRISCH
FL Bar No.:  27777
MORGAN & MORGAN, P.A.
600 Pine Island Road, Suite 400
Plantation, FL   33324
Tel: 954-318-0268
Fax: 954-318-0268
E-Mail: afrisch@forthepeople.com

Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

/s **ANDREW R. FRISCH**
Andrew R. Frisch