UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADONAY ENCARNACION, ANDREA
WONG, RACHEL STEPHENSON, and
BRITTNEY ROBERTS, Individually, and on
Behalf of All Others Similarly Situated,

   Plaintiff,

vs.

J.W. LEE, INC., D/B/A SCARLETT'S
CABARET D/B/A SCARLETT'S OF
HALLANDALE, FL; et.al.,

   Defendants.

CASE NO.: 14-CIV-61927-DIMITROULEAS

---

CHRISTINE DEMARIA-DOMINGUEZ, on
behalf of herself and all others similarly
situated,

   Plaintiff,

vs.

JW LEE, INC., a Florida Corporation d/b/a
SCARLETT'S CABARET, a Florida
corporation,

   Defendant.

CASE NO. 15-CIV-61173-DIMITROULEAS

(Consolidated with 14-CIV-61927-
DIMITROULEAS)

## ORDER OF DISMISSAL

  THIS CAUSE is before the Court on Plaintiff, Christine Demaria-Dominguez, and opt-in

Plaintiffs Renata Kleinmeyer, Kayla Simmons, Catherine Johansson, and Ciara Love, the Agreed

Motion to Approve Settlement and Dismiss With Prejudice [DE 92] (the "Motion"), filed herein

on November 19, 2015. The Court has carefully considered the Motion, the attached Settlement

Agreements [DE 92-1], and is otherwise fully advised in the premises.

  Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

  1.  The Motion [DE 92] is hereby **GRANTED**;

  2.  The Settlement Agreements [DE 92-1] are hereby **APPROVED**;

3.      This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

4.      The Court retains jurisdiction solely to enforce the terms of the Settlement Agreements; and

5.      The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of November 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record